PARSONS BEHLE & LATIMER
Julianne P. Blanch, Utah Bar No. 6495
*(Admitted Pro Hac Vice)*
Zachary S. Shea, Nevada Bar No. 15094
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
JBlanch@parsonsbehle.com
ZShea@parsonsbehle.com

Attorneys for Defendant
IN-N-OUT BURGERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA MENDOZA, Special Administrator of the Estate of Antonio Mendoza Garcia; and VANESSA MENDOZA, CARMEN MENDOZA, ELENA MENDOZA, and ALBERTINA ALVAREZ, Parent and Custodian of Minors A.M. and A.M., individually, as Heirs of the Estate of Antonio Mendoza Garcia,, <br><br> Plaintiff, <br><br> vs. <br><br> IN-N-OUT BURGERS, INC., a foreign corporation, <br><br> Defendant. | Case No.  2:20-CV-01406-JAD-NJK <br><br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO TRANSFER VENUE** <br><br> **(First Request as to Defendants)** |

Plaintiffs, Vanessa Mendoza, as Special Administrator of the Estate of Antonio Mendoza Garcia, and Vanessa Mendoza, Carmen Mendoza, Elena Mendoza, and Albertina Alvarez, Parent and Custodian of minors A.M. and A.M., individually, as heirs of the Estate of Antonio Mendoza Garcia, by and through the law offices of GALLIAN WELKER & BECKSTROM, L.C. and JENNINGS & FULTON; and Defendant In-N-Out Burgers, Inc., by and through the law offices of PARSONS BEHLE & LATIMER, hereby stipulate and agree to extend the time for Defendant to Reply to Plaintiffs' response to Defendant's pending Motion to Transfer Venue.

This is the first stipulation for extension of time as to Defendant's Reply with respect to the referenced motion, and this stipulation is presented to the Court on or before the deadline to file the Reply (November 6, 2020).  Good cause supports this request for extension as counsel for

the parties are working cooperatively, and this extension of time is not for the purpose of or resultant in undue delay. The parties hereby stipulate to extend the time to file the ~~response~~ reply until Friday, November 13, 2020.

**IT IS SO STIPULATED.**

DATED this 3rd day of November, 2020.   DATED this 3rd day of November, 2020.

GALLIAN WELKER & BECKSTROM, L.C.   PARSONS BEHLE & LATIMER

 /s/ Michael I. Welker      /s/ Zachary S. Shea
Michael I. Welker (7950)   Julianne P. Blanch (UT Bar No. 6495)
Nathan E. Lawrence (15060)   *Admitted Pro Hac Vice*
540 E. St. Louis Avenue   Zachary S. Shea (NV Bar No. 15094)
Las Vegas, NV 89104   50 West Liberty Street, Suite 750
Telephone: (702) 892-3500   Reno, NV 89501
Facsimile: (702) 386-1946   Telephone: (775) 323-1601
welker@vegascase.com   Facsimile: (775) 348-7250
nlawrence@vegascase.com   JBlanch@parsonsbehle.com
*Attorneys for Plaintiffs*   ZShea@parsonsbehle.com
   *Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: November 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE